

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Steven Golden v. State

Appellate case numbers:  01-13-00546-CR

Trial court case number: 1833897

Trial court:             County Criminal Court at Law No. 4 of Harris County

      Appellant's Motion for En Banc Reconsideration is DENIED.


      It is so ORDERED.


Judge's signature: <u>/s/ Russell Lloyd</u>
                      Acting for the En Banc Court


Date:  May 14, 2015

The en banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.